IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT COHEN,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
and FLORIDA DEPARTMENT
OF CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4741

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Robert Cohen, pro se, Appellant.

Michael L. Glass and Paul M. Eza of Stone, Glass & Connolly, LLP, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

BILBREY, WINOKUR, and M.K. THOMAS, JJ., CONCUR.